IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| DAVID SAUCIER, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 18-0515-CG-B |
| PROVENCE REAL ESTATE, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand (Doc. 54), in which the parties move to remand this action pursuant to 28 U.S.C. § 1452(b) and 28 U.S.C. § 1332.

Upon due consideration, the motion is hereby **GRANTED.** Accordingly, this action is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama. The Clerk of Court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Mobile County, Alabama from whence it was removed.[1]

**DONE and ORDERED** this 8th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the forgoing, the Court finds Plaintiff's Motion to Require a Sufficient Statement of Subject Matter Jurisdiction (Doc. 50) to be **MOOT**.